STEVEN F. GRUEL (CSBN 213148)
315 Montgomery Street, 9th Floor
San Francisco, California 94122
Telephone Number (415) 989-1253
Fax Number (415) 449-3622
attystevengruel@sbcglobal.net

www.gruellaw.com

Attorney for Huy Trinh

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. CR-10-00385-SI |
| | ) |
| Plaintiff, | ) STIPULATION AND [PROPOSED] |
| | ) ORDER MOVING NEXT COURT DATE |
| Vs. | ) TO MAY 21, 2010 |
| | ) |
| HUY TRINH, LAN JIN, and ANDY WONG, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

The parties to the above captioned matter hereby stipulate that the next Court date in the above matter be changed from May 18, 2010 at 9:30 a.m. to May 21, 2010 at 9:30 a.m. This defense request is predicated on the need for continuity of counsel, effective preparation of counsel and that several defense counsel have an unexpected scheduling conflict with the May

///

///

*STIPULATION AND [PROPOSED]ORDER
MOVING NEXT COURT DATETO MAY 21, 2010*

- 1

18th hearing date and time.

DATED: May 17, 2010          Respectfully Submitted,

I

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　STEVEN F. GRUEL, Attorney for Huy Trinh


　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　HUGH LEVINE, Attorney for Andy Wong

　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　HARRY SINGER, Attorney for Lan Jin


　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　AARON WEGNER, AUSA


　　　　　　　　　　　[PROPOSED] ORDER

　　　Predicated on the above stipulation, the May 18, 2010 at 9:30 a.m. hearing date is rescheduled

and set to May 21, 2010 at 9:30 a.m.

IT IS SO ORDERED.


DATED: May 18, 2010

　　　　　　　　　　　　　　　Judge Joseph C. Spero

　　　　　　　　　　　　HON_____PERO
　　　　　　　　　　　　United States Magistrate Judge


*STIPULATION AND [PROPOSED]ORDER*
*MOVING NEXT COURT DATETO MAY 21, 2010*