JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 168973)
Chief, Criminal Division

AARON D. WEGNER (CABN 243809)
Assistant United States Attorney

    450 Golden Gate Ave., Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-6831
    Facsimile: (415) 436-6982
    E-mail: aaron.wegner@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> HUY TRINH et al., <br>     Defendant. | No.   CR-10-0385-SI (JCS) <br><br> [~~PROPOSED~~] ORDER AND STIPULATION EXCLUDING TIME FROM MAY 21, 2010, TO JUNE 4, 2010, FROM THE SPEEDY TRIAL ACT CALCULATION (18 U.S.C. § 3161(h)(8)(A)) |

      On May 21, 2010, co-defendants Huy Trinh, Lan Jin, and Andy Wong were arraigned by Magistrate Judge Spero on the above-captioned indictment. At that time, the parties scheduled an Initial Appearance in front of Judge Illston on June 4, 2010.

      With the agreement of the parties, and with the consent of the defendants, the Court enters this order documenting the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from May 21, 2010, through June 4, 2010.

      The parties agree, and the Court finds and holds, as follows:

      1. The defendants agree to an exclusion of time under the Speedy Trial Act from May 21

2010, through June 4, 2009, based upon the need for effective preparation of counsel and to provide the defendants an opportunity to review discovery. The defendants agree to this exclusion on the condition that their right to bring motions claiming Speedy Trial Act violations prior to May 21, 2010, shall remain preserved.

    2. Counsel for the defendants believes that the exclusion of time is their clients' best interest.

    3. Given these circumstances, the Court finds that the ends of justice served by excluding the period from May 21, 2010, through June 4, 2010, outweigh the best interest of the public and the defendants in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

    4. Accordingly, and with the consent of the defendants, the Court orders the period from May 21, 2010, through June 4, 2010, shall be excluded from Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

STIPULATED:

DATED: 5/24/10  
/s/  
STEVE GRUEL  
Attorney for Defendant Huy Trinh

DATED: 5/24/10  
/s/  
HARRY SINGER  
Attorney for Defendant Lan Jin

DATED: 5/24/10  
/s/  
HUGH LEVINE  
Attorney for Defendant Andy Wong

DATED: 5/24/10  
/s/  
AARON D. WEGNER  
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 05/26/10  
_____  
Judge Joseph C. Spero

2