IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 10-385 SI |
| Plaintiff, | **ORDER RE: MOTIONS** |
| v. | |
| HUY TRINH, *et al*., | |
| Defendants. / | |

On October 26, 2010, the Court held a hearing on defendant Wong's motion for severance, defendant Trinh's motion for a bill of particulars, and defendant Trinh's motion to compel discovery. The government has agreed to provide various reports and other discovery sought by defendant Trinh within 30 days, and based upon that representation, the Court DENIES defendant's motion for discovery. (Docket No. 51). The Court also finds that defendant Trinh has not met his burden to compel the disclosure of the confidential informants' identity at this time, as opposed to 30 days prior to trial. At the hearing, defendant Trinh requested that the Court defer ruling on the motion for a bill of particulars because the forthcoming discovery may bear on the issues presented in that motion. Accordingly, the Court DEFERS ruling on that motion and will revisit the matter at the December 9, 2010 status conference.

Finally, for the reasons discussed at the hearing, the Court DENIES defendant Wong's motion for severance. (Docket No. 54). However, the Court is mindful of defendant Wong's custody status and desire to proceed to trial. At the December 9, 2010 status conference the Court will set a further

pretrial schedule, and if possible, a trial date.

**IT IS SO ORDERED.**

Dated: October 26, 2010

_____
SUSAN ILLSTON
United States District Judge