IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HUY TRINH,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　　／ | No. CR 10-385 SI; No. C 13-2539 SI<br><br>**ORDER GRANTING MOTION TO EXTEND TIME TO FILE REPLY** |

　　Defendant Trinh has filed a motion for an extension of time to file a reply to the government's opposition to his motion to vacate. Defendant Trinh's reply was due within 21 days of receiving the government's opposition. Defendant Trinh states that he did not receive the government's opposition until December 2013 because he was transferred from one facility to another.

　　The Court GRANTS defendant Trinh an extension of time until **February 21, 2014**.

**IT IS SO ORDERED.**

Dated: February 5, 2014

　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Susan Illston
　　　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　   　　　　　　　　　　　　　　　　　　　　　　United States District Judge