IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HUY TRINH,<br><br>    Defendant.<br>_____/ | No. CR 10-385 SI; No. C 13-2539 SI<br><br>**ORDER GRANTING MOTION TO STAY AND STAYING PROCEEDINGS UNTIL NOVEMBER 7, 2014** |

Defendant has filed a request to stay proceedings for 90 days to allow defendant time to return to his designated facility and prepare any additional filings in this case. The government does not object.

The Court GRANTS defendant's request and STAYS this case until **November 7, 2014.** If defendant wishes to file any further pleadings in this case defendant must do so by **November 10, 2014**. The Court notes, however, that defendant has already filed a reply brief (Docket No. 184), and thus the motion to vacate the conviction is fully briefed.

**IT IS SO ORDERED.**

Dated: August 6, 2014

SUSAN ILLSTON
United States District Judge