UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

HUY TRINH,

        Petitioner,

   v.

UNITED STATES OF AMERICA

        Respondent.

Case No. 10-cr-00385-SI-1

**JUDGMENT**

Judgment is hereby entered against petitioner and in favor of respondent.

**IT IS SO ORDERED.**

Dated: November 26, 2014

SUSAN ILLSTON
United States District Judge