UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>HUY TRINH,<br><br>    Defendant. | Case No. 10-cr-00385-SI-1<br><br>**ORDER DENYING MOTION FOR REDUCTION OF SENTENCE**<br><br>Re: Dkt. No. 224 |

On July 9, 2015, defendant Huy Trinh filed a motion for reduction of sentence. Defendant's case is currently on appeal to the Ninth Circuit, and thus this Court does not have jurisdiction over this action. Accordingly, defendant's motion is DENIED without prejudice.

**IT IS SO ORDERED.**

Dated: July 29, 2015

_____

SUSAN ILLSTON
United States District Judge