| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | UNITED STATES DISTRICT COURT |
| 5 | NORTHERN DISTRICT OF CALIFORNIA |
| 6 | |

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUY TRINH,

    Defendant.

Case No. 10-cr-00385-SI-1

**ORDER GRANTING DEFENDANT'S REQUEST FOR EXTENSION TO FILE REPLY; REPLY BRIEF DUE MAY 12, 2017**

Re: Dkt. No. 241

The Court has received defendant's letter dated April 25, 2017, requesting an extension of time to file a reply brief in support of the "motion for hardship credit." The Court GRANTS defendant's request and directs defendant to file a reply **no later than May 12, 2017**. On that date, the motion will be deemed submitted.

**IT IS SO ORDERED**.

Dated: May 1, 2017

SUSAN ILLSTON
United States District Judge